**JANET C. TUNG**
California State Bar No. 231682
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone No. (619) 234-8467
Email: holly_sullivan@fd.org

Attorneys for Mr. Franco-Munoz

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JAN M. ADLER)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 08MJ0196 |
| Plaintiff, ) | |
| v. ) | **NOTICE OF WITHDRAWAL** |
| OSCAR FRANCO-MUNOZ, ) | |
| Defendant. ) | |

Notice is hereby given by Janet C. Tung, Federal Defenders of San Diego, Inc., that the following document is withdrawn from the record in the above-captioned case:

    Document:    *Notice of Attorney Appearance*

    File Date:    January 29, 2008

    Docket #:    4

    Respectfully submitted,

Dated: January 29, 2008    /s/ *JANET C. TUNG*
Federal Defenders of San Diego, Inc.
Attorneys for Defendant
Janet_Tung@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated: January 29, 2008          /S/*JANET C. TUNG*
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
Janet_Tung@fd.org (email)