**JENNIFER L. COON**
California State Bar No. 203913
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Email: Jennifer_Coon@fd.org

Attorneys for Defendant Franco-Munoz

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JAN M. ADLER)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08MJ0196 |
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| OSCAR FRANCO-MUNOZ, | ) | |
| Defendant. | ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Jennifer L. Coon, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

Respectfully submitted,

Dated: January 29, 2008

/s/ JENNIFER L. COON
Federal Defenders of San Diego, Inc.
Attorneys for Defendant
Jennifer_Coon@fd.org

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated:  January 29, 2008      /s/ *JENNIFER L. COON*
              Federal Defenders of San Diego, Inc.
              225 Broadway, Suite 900
              San Diego, CA  92101-5030
              (619) 234-8467  (tel)
              (619) 687-2666  (fax)
              Jennifer_Coon@fd.org (email)

              07MJ2416