FILED

MAR 18 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>OSCAR FRANCO-MUNOZ,<br><br>            Defendant. | Criminal Case No. 08CR0504BTM<br>**(Superseding)**<br><u>I N F O R M A T I O N</u><br><br>Title 8, U.S.C., Sec. 1325 -<br>Illegal Entry (Misdemeanor);<br>Title 8, U.S.C., Sec. 1325 -<br>Illegal Entry (Felony) |

The United States Attorney charges:

<u>Count 1</u>

On or about February 24, 2005, within the Southern District of California, defendant OSCAR FRANCO-MUNOZ, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//
//
//

JDM:rp:(rp)San Diego
3/17/08

1   Count 2

2   On or about January 22, 2008, within the Southern District of
3   California, defendant OSCAR FRANCO-MUNOZ, being an alien, unlawfully
4   entered or attempted to enter the United States at a time and place
5   other than as designated by immigration officers, and eluded
6   examination and inspection by immigration officers, and attempted to
7   enter or obtained entry to the United States by a willfully false or
8   misleading representation or the willful concealment of a material
9   fact and previously committed the offense of illegal entry, as alleged
10  in Count 1; all in violation of Title 8, United States Code,
11  Section 1325, a felony.

    DATED: __3/18/08__.

    KAREN P. HEWITT
    United States Attorney

    JEFFREY D. MOORE
    Assistant U.S. Attorney